UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 10-756 (JLL) |
| v. : | |
| : | |
| AARON NUNDRA : | ORDER |

This matter having come before the Court on the application of defendant, Aaron Nundra, through his attorney, the Office of the Federal Public Defender (Linda D. Foster, Assistant Federal Public Defender, appearing), requesting that the Court recommend that the Bureau of Prisons (BOP) allow Aaron Nundra, Reg. No. 62907-050, to participate in its 500-hour residential drug abuse program (RDAP); and the United States (Adam N. Subervi, Assistant United States Attorney, appearing) having no objection and for good cause shown,

IT IS on this 24 day of July, 2012, ORDERED that the Court recommends Aaron Nundra's participation in the BOP's 500-hour residential drug abuse program (RDAP).

_____
HONORABLE JOSE L. LINARES
UNITED STATES DISTRICT JUDGE